UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                      Civil Action
                                      No: 05-10597-PBS

Gus Swafford
Petitioner

v.

David Nolan
Respondent

## ORDER

SARIS, D.J.

      Pursuant to Rule 4 of the Rules Governing Section 2254 cases, a copy of the Petition for Writ of Habeas Corpus is hereby served by certified mail, return receipt requested, upon the Respondent and the Attorney General for the Commonwealth of Massachusetts.

      The Respondent shall, within 20 days of the receipt of this Order, file an answer (or other proper responsive pleading) to the Petition for Writ of Habeas Corpus.

      This Court further requests the Respondent, as part of the return, to file such documents which reflect on issue as to whether Petitioner(s) exhausted available state remedies with respect to the matters raised by the Petition.

                                      By the Court,

                                      /s/ Robert C. Alba
                                      Deputy Clerk

April 1, 2005

Copies to:      Cathryn A. Neaves, Asst. Attorney General
                    Office of the Attorney General
                    One Ashburton Place
                    Boston, MA 02108 (w/encs.)

                    Petitioner
                    Respondent