UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                                                          Civil Action
                                                                                                          No: 05-10597-PBS

Gus Swafford,
Petitioner,

v.

David Nolan,
Respondent.

## BRIEFING ORDER

SARIS, D.J.

      The petition for Writ of Habeas Corpus in this action was filed on March 18, 2005. In order to complete the record, the Petitioner is hereby directed to file and serve a brief in support of the petition for habeas corpus on or before May 30, 2005, and the Respondent is hereby directed to file and serve a brief in opposition to the petition on or before June 30, 2005.

                                                                                     By the Court,

                                                                                  /s/ Robert C. Alba
                                                                                  Deputy Clerk

April 29, 2005

To: All Counsel