United States District Court
District Of Massachusetts

FILED
IN CLERKS OFFICE

2006 JUL 13 P 3:31

U.S. DISTRICT COURT
DISTRICT OF MASS

Gus Swafford,

V.

David Nolan,

Civil Action #: 05-10597-PBS

## Motion For The Appointment Of Counsel

Plaintiff Gus Swafford, Pursuant to § 1915, request this Court to appoint Counsel to represent him in this Case for the following reasons:

1.) The Plaintiff is unable to afford Counsel.

2.) The issues involved in this Case are Complex.

3.) The Plaintiff has limited knowledge of the law.

Date: July 9, 2006
Gus Swafford
P.O. Box 100
So. Walpole, Ma 02071